RECEIVED
NOV -3 2010
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

SOUTHERN GENERAL AGENCY, INC.         CIVIL ACTION NO. 09-1918

VERSUS                                U.S. DISTRICT JUDGE DEE D. DRELL

BURNS & WILCOX, LTD.
                                      U.S. MAGISTRATE JUDGE JAMES D. KIRK

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are ABSOLUTELY correct under the applicable law;

**IT IS ORDERED** that the motion for reconsideration, doc. #26, is GRANTED; the Order, doc. #17 is RECALLED AND VACATED; the motion to amend, doc. #16, is DENIED, and the motion to remand, doc. #21, is DENIED.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 3RD day of NOVEMBER, 2010.

Dee D. Drell
**UNITED STATES DISTRICT JUDGE**